Jason D. Smith, Esq.
Nevada Bar No. 9691
Jessica E. Chong, Esq.
Nevada Bar No. 13845
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: jchong@spencerfane.com

*Attorneys for Defendants:*
*UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

K. Sasse Surgical Associates, PC, dba Nevada Surgical and Advanced Manual Therapy Institute I, LLC, on behalf of themselves and all others similarly situated,

*Plaintiffs,*

v.

UnitedHealth Group Incorporated, UnitedHealthCare Services, Inc., Optum Insight, Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc.,

*Defendants.*

REMOVED FROM THE EIGHTH JUDICIAL DISTRICT COURT FOR CLARK COUNTY, NEVADA
NO. A-26-939363-C

Civil Action No.

**DEFENDANTS' NOTICE OF REMOVAL**

Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc., ("Defendants") file this Notice of

Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, and remove this action from the Eighth Judicial District Court for the County of Clark, Nevada, to the United States District Court for the District of Nevada. As its reasons for removal, Defendants state:

**BACKGROUND**

1. Plaintiffs K. Sasse Surgical Associates, PC, dba Nevada Surgical, and Advanced Manual Therapy Institute I, LLC, ("Plaintiffs") commenced a civil action against Defendants in the Eighth Judicial District Court for Clark County, Nevada, titled *K. Sasse Surgical Associates, PC, et al. v. UnitedHealth Group Incorporated, et al.,* No. A-26-939363-C, filed on February 12, 2026 (the "State Court Action"). A true and accurate copy of the Complaint that Plaintiffs caused to be served upon Defendants is attached as **Exhibit A** and constitutes all processes, pleadings, and orders served upon Defendants in this action to the present date. 28 U.S.C. § 1446(a).[1]

2. Pursuant to an agreement with Plaintiffs' Counsel, Defendants signed the waiver of service on May 11, 2026, which is attached as **Exhibit B**. The instant Notice of Removal is being filed within thirty (30) days of the waiver of service date. 28 U.S.C. § 1446(b).

3. Attached as **Exhibit C** is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the State Court. 28 U.S.C. § 1446(d).

**DIVERSITY JURISDICTION**

4. This Court has diversity jurisdiction over the Complaint, pursuant to 28 U.S.C. § 1332, under both "traditional" diversity (28 U.S.C. § 1332(a)) and diversity under the Class Action Fairness Act (28 U.S.C. § 1332(d)).

[1] The Complaint relates to a cyberattack suffered by Defendants on or about February 21, 2024. Over 150 cases have been brought against Defendants and Defendants' parent companies in connection with the same cyberattack. On June 7, 2024, the Judicial Panel for Multistate Litigation (JPML) instituted a Multi-District Litigation in the District of Minnesota to centralize cases arising from the cyberattack for pre-trial proceedings: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF (D. Minn.). Defendants are filing, contemporaneously with this Notice of Removal, a Notice of Potential Tagalong with the JPML to consider whether this case should be consolidated as part of the MDL for pre-trial proceedings.

**28 U.S.C. § 1332(a)**

5. The Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.

6. Plaintiff K. Sasse Surgical Associates, PC, dba Nevada Surgical ("Nevada Surgical"), alleges it "is a surgical practice located and registered in Reno, Nevada." (Compl. ¶ 269). According to the Nevada Secretary of State's Office, Plaintiff Nevada Surgical was formed on March 30, 2012, and has a principal place of business in Reno, Nevada. Additionally, Plaintiffs' Counsel confirmed with Defendants' Counsel that for purposes of diversity jurisdiction, Plaintiff Nevada Surgical is a citizen of Nevada. Accordingly, Plaintiff Nevada Surgical is a citizen of Nevada for purposes of diversity jurisdiction.

7. Plaintiff Advanced Manual Therapy Institute I, LLC ("Advanced Manual Therapy") alleges it "is a Physical Therapy practice located and registered in Henderson, Nevada." (Compl. ¶ 277). Plaintiff Advanced Manual Therapy is a limited liability company. The citizenship of a limited liability company is determined by the citizenship of its members. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). According to the Nevada Secretary of State's Office, Plaintiff Advanced Manual Therapy was formed on February 1, 2005, and has a principal place of business in Henderson, Nevada. Additionally, Plaintiffs' Counsel confirmed with Defendants' Counsel that for purposes of diversity jurisdiction, Plaintiff Advanced Manual Therapy and all of its members are citizens of Nevada. Accordingly, Plaintiff Advanced Manual Therapy and all of its members are citizens of Nevada for purposes of diversity jurisdiction.

8. Defendant UnitedHealth Group Incorporated is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant UnitedHealth Group Incorporated is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

9. Defendant United HealthCare Services, Inc. is a corporation formed under the laws of Minnesota and its principal place of business is in Minnesota. Accordingly, Defendant United HealthCare Services, Inc. is a citizen of Minnesota for purposes of diversity jurisdiction.

10. Defendant OptumInsight, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant OptumInsight, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

11. Defendant Change Healthcare Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

12. Defendant Change Healthcare Operations, LLC is a Delaware limited liability company. The citizenship of a limited liability company is determined by its members. *Johnson,* 437 F.3d at 899. The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Operations, LLC is a citizen of Delaware and Minnesota for diversity purposes.

13. Defendant Change Healthcare Solutions, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Solutions, LLC is Change Healthcare Operations, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Solutions, LLC is a citizen of Delaware and Minnesota for diversity purposes.

14. Defendant Change Healthcare Holdings, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Holdings, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

15. Defendant Change Healthcare Technologies, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Technologies, LLC is Change Healthcare Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Holdings, LLC is Change Healthcare Intermediate Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Intermediate Holdings, LLC is Change Healthcare LLC, a Delaware limited-liability company. The sole member of Change Healthcare LLC is Change Healthcare Holdco Inc. Change Healthcare Holdco Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Technologies, LLC is a citizen of Delaware and Minnesota for diversity purposes.

16. Defendant Change Healthcare Pharmacy Solutions, Inc. is a corporation formed under the laws of Maine and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Pharmacy Solutions, Inc. is a citizen of Maine and Minnesota for purposes of diversity jurisdiction.

17. Because Plaintiffs and their members, respectively, are citizens of Nevada, and Defendants are citizens of Delaware, Maine, and Minnesota, complete diversity exists between Plaintiffs and Defendants.

18. Although the Complaint does not specify the precise amount of damages sought, the preponderance of the evidence shows that the amount in controversy exceeds $75,000. The Complaint alleges that Plaintiffs suffered monetary losses via missed or delayed payments for medical care and "spent significant time and resources . . . investigating the network outage and alternative methods to receive payment for medical care." Compl. ¶¶ 271-73, 279-80.

19. Plaintiff Nevada Surgical's CEO allegedly "had to use at least $600,000 of personal funds", and had to take a loan for $300,000 at approximately 7-9% interest, which is still accruing. *Id.* at ¶¶ 273-74.

20. Plaintiff Advanced Manual Therapy allegedly "had to shut down a second location" due to "monetary losses due to the shutdown." *Id.* at ¶ 284. Plaintiff Advanced Manual Therapy also allegedly had to apply for the Temporary Funding Assistance Program and took out a loan of

$82,000. *Id.* at ¶ 285. In addition, the Complaint alleges Plaintiffs suffered interference and disruption of business relationships or expectancies between Plaintiffs and third-party businesses. *Id.* at ¶¶ 271-73, 279-80.

21. Additionally, Plaintiffs claim treble and/or punitive or exemplary damages. *Id.* at Request for Relief.

22. Therefore, Defendants assert in good faith that the amount in controversy exceeds $75,000 in value. See 28 U.S.C. § 1446(c)(2).

**28 U.S.C. § 1332(d)**

23. This Court also has jurisdiction over the Complaint pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because the Complaint is a class action, at least one member of the class (Plaintiff Nevada Surgical, for example) is a citizen of a state different from Defendants, Defendants are not a State, State official, or other governmental entity, the number of members of the proposed plaintiff class is not less than 100, and the amount in controversy exceeds the sum or value of $5,000,000.

24. As stated above, Plaintiffs allege they are citizens of Nevada, while Defendants are citizens of Delaware, Minnesota, and Maine. Thus, at least minimum diversity exists.

25. The Complaint alleges that Defendants' Change Platform "is connected to more than 800,000 providers" and "involved in one in every three patient records." Compl ¶ 291. Since Plaintiffs seek to represent a nationwide class of providers, *id.* at ¶ 287, the number of members of the proposed class is greater than 100.

26. Furthermore, the amount in controversy is more than $5,000,000. The Complaint alleges that "[p]roviders did not timely receive *billions* of dollars in earned reimbursements." Compl. ¶ 5. Since Plaintiff seeks to represent a nationwide class of providers, the amount in controversy exceeds $5,000,000.

27. Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(a) and (d). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

28. All Defendants join in to the removal of this action to the United States District Court for the District of Nevada.

28. WHEREFORE, Defendants respectfully request that the State Court Action be removed and proceed in the United States District Court for the District of Nevada.

DATED this 14th day of May, 2026.

**SPENCER FANE LLP**

*/s/ Jessica E. Chong*
Jason D. Smith, Esq.
Nevada Bar No. 9691
Jessica E. Chong, Esq.
Nevada Bar No. 13845
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101

*Attorneys for Defendants: UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc.*

## CERTIFICATE OF SERVICE

On May 14, 2026, I certify that a true and correct copy of **DEFENDANTS' NOTICE OF REMOVAL** was filed using the Court's e-filing system, which will electronically notify all counsel of record, and served by electronic mail to the following counsel:

Miles N. Clark
Law Offices of Miles N. Clark, LLC
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Miles@MilesClarkLaw.com

David Berger (*Pro Hac Vice Forthcoming*)
Gibbs Mura LLP
1111 Broadway, Suite 2100
Oakland, California 94607
dmb@classlawgroup.com

By: /s/Adam Miller
An employee of Spencer Fane LLP